IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02051-WDM-BNB

CHRISTOPHER LEE ORLOSKI,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Strike Defendant's Motion to Dismiss** (the "Motion to Strike"), filed November 7, 2005.[1] The plaintiff filed his *pro se* Complaint on October 18, 2005. On November 3, 2005, the defendant filed a motion to dismiss the Complaint. The plaintiff requests that the Court strike the motion to dismiss on the basis that the motion "exhibits an identifiable pattern of intentional spelling oversights, which places into shadow of doubt the validity of [defendant's] motion." The plaintiff's Motion to Strike is frivolous.

IT IS ORDERED that the plaintiff's Motion to Strike Defendant's Motion to Dismiss is DENIED AS FRIVOLOUS.

IT IS FURTHER ORDERED that the plaintiff shall respond to the defendant's motion to dismiss on or before **December 2, 2005**.

---

[1] The header of the Motion to Strike states "PLEASE DO NOT FILE UNTIL PLAINTIFF INSTRUCTS IN PERSON." The Court does not hold papers in abeyance.

Dated November 18, 2005.

                        BY THE COURT:

                        /s/ Boyd N. Boland
                        United States Magistrate Judge