IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-02051-WDM-BNB

CHRISTOPHER LEE ORLOSKI,

    Plaintiff(s),

v.

COLORADO DEPARTMENT OF PUBLIC SAFETY,

    Defendant(s).

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued July 19, 2006, that Defendant's Motion to Dismiss be granted.  Plaintiff has not objected to this recommendation and therefore is not entitled to *de novo* review.  28 U.S.C. § 636(b).

    I have reviewed the pertinent portions of the record in this case, including the motion to dismiss, plaintiff's response and the recommendation.   I agree with Magistrate Judge Boland that the Eleventh Amendment immunity bars this action in federal court.

    Accordingly, it is ordered:

    1. The recommendation of Magistrate Judge Boland, issued July 19, 2006, is accepted;

2.  Defendant's Motion to Dismiss (doc. no. 4) filed November 3, 2005, is granted and this matter is dismissed for lack of subject matter jurisdiction.

DATED at Denver, Colorado, on September 11, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge